# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY KATHERINE BROWN,

      Plaintiff,

     v.                                CIVIL ACTION NO.  06-0393

CITY OF PITTSBURGH ; PITTSBURGH
CITY COUNCIL; and BOB O'CONNOR,   **STATUS REPORT**
In his official capacity as Mayor of the City
of Pittsburgh;

                                     JUDGE NORA BARRY FISCHER

      Defendants.

## STATUS REPORT

AND NOW, comes the defendants, by and through the undersigned counsel, who,

pursuant to court order, file the within status report, and set forth as follows:


By order of court, filed on September 14, 2010 (Docket No 105) the Court

required the City of Pittsburgh to provide a status report regarding the training of the City

of Pittsburgh Police in relation to the subject ordinance.  Training commenced in

November and is scheduled to continue through the second week of December.  The

training is being provided by attorneys from the City of Pittsburgh Law Department, and

focuses on the training memo, agreed upon by the parties and the court.

                                   Respectfully submitted,


                                   */s/Daniel D. Regan*
                                   Daniel D. Regan
                                   City Solicitor
                                   Pa. I.D. #89141


                                   /s/ Michael Kennedy
                                   Michael E. Kennedy

Assistant City Solicitor
Pa. I.D. No. 52780

/s/ Yvonne Schlosberg-Hilton
Yvonne Schlosberg-Hilton
Assistant City Solicitor
Pa. I.D. No. 74582

CITY OF PITTSBURGH
DEPARTMENT OF LAW
3RD Floor City County Building
414 Grant Street
Pittsburgh, PA  15219

(412) 255 2001

ATTORNEYS FOR DEFENDANTS